# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

John Allen Braymer
Attorney at Law
P. O. Box 2431
Baton Rouge LA 70821

Kenneth Paul Carter
Baker, Donelson, Bearman
201 St. Charles Ave., #3600
New Orleans LA 70170

Catharine Ohlsson Gracia
Attorney at Law
639 Loyola Ave., 26th Fl.
New Orleans LA 70113


**REHEARING ACTION: February 27, 2008**


**Docket Number: 07   01065-CA**

**LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, ET AL.**
**VERSUS**
**ENTERGY GULF STATES, INC., ET AL.**

**Appealed from Lafayette Parish Case No. 994490**


**<u>BEFORE JUDGES</u>:**

> **Hon. Oswald A. Decuir**
> **Hon. Michael G. Sullivan**
> **Hon. James T. Genovese**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Entergy Gulf States, Inc.** has this day been

> **DENIED.**


cc: Keitha Anne Leonard, Counsel for the Appellee
    H. Lee Leonard, Counsel for the Appellee
    James J Adams, Counsel for the Appellee
    Pamela Roman Mascari, Counsel for the Appellee
    G. William Jarman, Counsel for the Appellee
    John Daniel Rayburn, Jr., Counsel for the Appellee
    Charles Francis Perry Esq., Counsel for the Appellee